UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
ROBERT BADOLATO  
AMY BADOLATO  
701 DEACON ST BOX 145  
HEBRON, OH  43025  

Case No:   05-75543

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-6502  
XXX-XX-7372

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| PARK NATIONAL BANK<br>140 E TOWN ST<br>COLUMBUS, OH  43215 | 19.11 |